982 A.2d 61

**S.D., Petitioner**

v.

**DEPARTMENT OF HUMAN SERVICES, Respondents.**

**No. 118 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 3, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of September, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**